# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3103

_____

Thomas Rea,                           *
                                      *
            Appellant,                *
                                      *   Appeal from the United States
      v.                              *   District Court for the
                                      *   Eastern District of Arkansas.
Wal-Mart Store 1105,                  *
                                      *   [UNPUBLISHED]
            Appellee.                 *

_____

Submitted: March 14, 2011
Filed: March 29, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Thomas Rea appeals the district court's[1] adverse grant of summary judgment in his disability-discrimination action. After careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper. The undisputed evidence showed neither an adverse employment action, see Fenney v. Dakota, Minn. & E. R.R. Co., 327 F.3d 707, 711-12 (8th Cir. 2003) (elements for prima facie case of failure-to-accommodate claim under Americans with

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Disabilities Act), nor retaliation, <u>see</u> <u>Littleton v. Pilot Travel Ctrs., LLC</u>, 568 F.3d 641, 644 (8th Cir. 2009).

        Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____